GOODMAN and wife, Appellants, vs. FOX RIVER IMPROVE-
MENT COMPANY, Respondent.

For the appellants: *T. L. Doyle,* attorney, and *Cecilia
Doyle* of counsel, both of Fond du Lac.

For the respondent: *Duffy & Duffy* of Fond du Lac,
attorneys, and *Bird, Smith, Okoneski & Puchner* of
Wausau of counsel.

*By the Court.*—Judgment affirmed.

FOWLER, J., took no part.